UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| RODOLFO COVERNALI, | § § § | |
| *Plaintiff,* | § | |
| v. | § | EP-22-CV-00270-DCG |
| | § | |
| HOME DEPOT U.S.A., INC., | § § | |
| *Defendant.* | § § | |

## ORDER REQUIRING DISMISSAL PAPERS

On October 24, 2022, the parties notified the Court's Courtroom Deputy that they had "reached a confidential settlement in" the above-captioned case, and that they anticipated "finaliz[ing] the release and dismissal paperwork within 30 days."

The Court therefore **ORDERS** the parties to **FILE DISMISSAL PAPERS** by **November 23, 2022**. If the parties need more time to complete settlement documents and prepare dismissal papers, they **SHALL FILE** a request for additional time by that same date.

The Court respectfully **REMINDS** the parties that, absent further Court order on a party's motion, all deadlines in this case shall remain in effect, including:

- Defendant Home Depot U.S.A., Inc.'s deadline to designate local counsel by October 25, 2022, *see* Order, ECF No. 13; and

- Defendant's deadline to answer or otherwise respond to Plaintiff Rodolfo Covernali's Complaint by October 28, 2022.

**So ORDERED and SIGNED this 24th day of October 2022.**

*/s/ David C. Guaderrama*
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE